United States District Court
Southern District of Texas
**ENTERED**
July 15, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **TicketMatrix LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:25-cv-313 |
| **Houston NFL Holdings, L.P. (Houston Texans),** | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

On June 25, 2025, the Court dismissed all claims pending in the above captioned case, but granted Plaintiff fifteen days to submit an amended complaint. *See* Minute Entry entered on 6/25/2025. As of July 15, 2025—twenty days since the Court's order—Plaintiff has not submitted an amended complaint.

As a result, the court hereby **ENTERS** final judgment on all claims against the Defendant. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 15th of July, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE